**No. 52882.**—Best & Co. *v.* United States, protest 143481–K (New York).

Opinion by Rao, J.   It was stipulated that the merchandise is the same in  all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

Before the Third Division, February 16, 1949

**No. 52883.**—Browne Vintners Co., Inc. *v.* United States, protest 104711–K (Los Angeles).

Opinion by Ekwall, J.   At the trial in Los Angeles, the judge hearing the case on circuit dismissed the protest as untimely.   The court found no error in that ruling and the protest was therefore dismissed.